# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LARRY CRENSHAW

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LARRY CRENSHAW

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Rico conspiracy; narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) 846, 963
in violation of Title 18 United States Code, Section(s) 1956(h), 1957, 1962(d)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

10/31/00    FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
Bail fixed at $ 250,000 CORP. SURETY BOND W/NEBBIA by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |