# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6311-Huck
       Plaintiff )
)
    -vs- ) REPORT COMMENCING CRIMINAL
) ACTION
Larry Wayne Crenshaw )
       Defendant

66566-004

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT      (circle one)

FILED by ___ D.C.
MAG. SEC.
NOV -6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7:00am  11/5/00  (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 846, 963   18 USC 1956(h), 1957, 1962(d)
Rico, Money Laundering Conspiracy

(4) UNITED STATES CITIZEN:  (✓)YES  ( )NO  ( )UNKNOWN

(5) DATE OF BIRTH: 1/29/53

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS: _____

(8) DATE: 11/5/00   (9) ARRESTING OFFICER  Al DeAngelas

(10) AGENCY Customs   (11) PHONE # _____

(12) COMMENTS _____

14/27

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LARRY CRENSHAW

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311 CR-HUCK MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LARRY CRENSHAW

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Rico conspiracy; narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) 846, 963
in violation of Title 18 United States Code, Section(s) 1956(h), 1957, 1962(d)

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 10/31/00    FORT LAUDERDALE, FLORIDA |
| | Date and Location |
| Bail fixed at $ 250,000 CORP. SURETY BOND W/NEBBIA by | BARRY S. SELTZER  UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |