**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: *OO- 6311 -CR-Huck*

FILED by _____ D.C.
MAG. SEC.

NOV ‾ 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

UNITED STATES OF AMERICA,          :
                                   :
              Plaintiff,           :
                                   :
v.                                 :     **NOTICE OF PERMANENT APPEARANCE**
                                   :
LARRY CRENSHAW                     :
                                   :
              Defendant.           :
                                   :
_____  :

     Pursuant to Southern District of Florida Local Rule 88.7, **Paul D. Lazarus,** Esq. enters this notice of permanent appearance as <u>trial counsel</u> for the Defendant above-named.  This appearance does not encompass any appellate representation.

     I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 6th day of November 2000,  to UNITED STATES ATTORNEY'S OFFICE, 99  N.E. Fourth Street, Miami, Florida 33132.

Respectfully submitted,

**PAUL D. LAZARUS**
Attorney for Defendant
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131-2944
Telephone:   (305)539-0606
Telefax:       (305)539-1100