UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

vs.

LARRY Crenshaw
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 66566-004

Language: English

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber,** where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: _____

                  Tel. No: _____

FILED by ___ D.C.
MAG. SEC.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Defense Counsel:   Name: Paul D. Lazarus

                  Address: 800 Brickell Ave., Penthouse Two
Miami, FL 33131-2944

                  Tel. No: 539-0606

Bond Set/Continued: $50,000 CSB + $200,000 PSB

Dated this 6 day of November 2000.

CLARENCE MADDOX, CLERK

BY __Karen Sussmann__
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney Ditto
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00C 78 2320
DIGITAL START NO. _____
78-1840

17/18