AO 442 (Rev. 12/85) Warrant for Arrest  Michael J. Dittoe, AUSA

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA    520422

UNITED STATES OF AMERICA

v.

LARRY CRENSHAW

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6311**

**CR - HUCK** MAGISTRATE JUDGE BROWN

UNITED STATES MARSHAL
2000 OCT 31  PM 4: 05
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

**TO:  The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  LARRY CRENSHAW _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Rico conspiracy; narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) 846, 963 _____
in violation of Title 18 United States Code, Section(s)  1956(h), 1957, 1962(d) _____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $  250,000 CORP. SURETY BOND W/NEBBIA

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00    FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at<br>**Miami, FL.** | | |
| DATE RECEIVED<br>10/31/00 | NAME AND TITLE OF ARRESTING OFFICER<br>**James A. Tassone**<br>**United States Marshal**<br>**Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>11/5/00 | | **Edward Purchase, SDUSM** |

00 NOV 13  PM 5: 51
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

AO 442 (Rev. 12/85) Warrant for Arrest