```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6311-CR-HUCK

        Plaintiff,

vs.                                 NOTICE OF HEARING

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
JOHN GALLO,
RICARDO MCHORNE,
CHARLIE HALL,
KEITH LAMPKIN,
LAWRENCE SEYMORE,
        Defendant.
_____/
```



FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a Special Status Conference hearing on Thursday, January 04, 2001, at 8:00 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: December 19, 2000

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: all counsel of record via fax and mail
    **DEFENDANT'S DO NOT HAVE TO APPEAR, ONLY COUNSEL**