CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _____
FEB 2 6 2001
CLARENCE MADDOX
CLERK, U S DIST. CT.
S.D. OF FLA. MIAMI

HONORABLE
PAUL C. HUCK

================================================================

CASE NO. 00-6311-CR          DATE 2-6-2001

CLERK  Valerie Thompkins     REPORTER LARRY HERR

USPO _____ INTERPRETER_____

      UNITED STATES OF AMERICA  vs.  CLARENCE LARK et al.,

AUSA MICHAEL DITTOE           DEFENSE CSL. ALL COUNSEL OF RECORD

Defendant(s) Present____ Not Present XXX  In Custody_____

TYPE OF HEARING  SPECIAL STATUS CONFERENCE

RESULT OF HEARING  HEARING CANCELED

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____       Trial Date _____

Govt. Resp to P/T/Motions_____   Further S/C _____

Change of Plea _____