UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

GOVERNMENT'S RESPONSE TO THE MOTION TO PRODUCE PRE-SENTENCE INVESTIGATION REPORTS OF COOPERATING WITNESS

    Comes now the United States and hereby files its response to the motion of the Defendant McHorne to produce the Pre-Sentencing Reports of the cooperating government witnesses.

    The United States maintains that those reports do not fall within the parameters of the Jenck's Act, 18 U.S.C. §3500. However, the United States suggests that the Court examine the reports _in camera_ and make a determination of whether they should be disclosed to defense counsel. This decision need not be made



pre-trial and any production of such reports should be required only after the witness has begun his or her testimony

>
> Respectfully submitted,
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> BY: *[signature]*
> MICHAEL J. DITTOE
> Assistant United States Attorney
> Court ID #A5500209
> 500 E. Broward Blvd., Ste. 700
> Ft. Lauderdale, FL 33394-3002
> Tel: (954) 356-7392
> Fax: (954) 356-7230
>
> BY: *[signature]*
> TERRENCE THOMPSON
> Assistant United States Attorney
> Court ID #A5500063
> 500 E. Broward Blvd., Ste. 700
> Ft. Lauderdale, FL 33394-3002
> Tel: (954) 356-7392
> Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5TH day of March, 2001 to:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Ste. 303
Coral Gables, FL 33134

(305) 461-2744
Attorney for Lampkin

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymour

Larry Hanfield, Esq.
4770 Biscayne Blvd., Ste. 1200
Miami, FL 33137

(305) 576-1011
Attorney for Hall

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHome

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

(305) 446-0001
Attorney for Hall

James D. Henderson, Esq.
12121 Wilshire Blvd., Ste. 1130
Los Angeles, CA 90025

(310) 478-3131
Attorney for Gallo

Martin R. Raskin, Esq.  
Grove Forest Plaza, Ste. 206  
2937 S.W. 27 Ave.  
Miami, FL 33133  

(305) 444-3400  
Attorney for Gallo  

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301  

(954) 764-0570  
Attorney for Newton  

MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY