UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-Cr-Huck/Brown



**UNITED STATES OF AMERICA,**

        Plaintiff,

vs

**CLARENCE LARK, et al,**

        Defendants.
_____/

## EMERGENCY PETITION FOR TEMPORARY RETURN OF SEIZED ASSETS

COMES NOW, Larry Crenshaw, Joyce Lark, and Star's Choice, Inc., and requests that this Court enter an Order, on an emergency basis, for the temporary return of seized property as set forth herein pursuant to 21 United States Code §853 and in support thereof states as follows:

1. Star's Choice, Inc. is a Florida corporation that rents specially outfitted vehicles to the movie and television industry for use in the making of motion pictures and television productions.

2. The shareholders, officers and directors of Star's Choice, Inc. are Larry Crenshaw and Joyce Lark.

3. On October 31, 2000, Larry Crenshaw and Clarence Lark, Joyce Lark's husband, were indicted by a federal grand jury in the Southern District of Florida on charges of RICO conspiracy, conspiracy to import controlled substances, conspiracy to possess with intent to distribute controlled substances, conspiracy to money launder and substantive counts

of money laundering in violation of Title 18 United States Code §1962, Title 21 United States Code §§963, 841, and Title 18 United States Code §§956 and 957 respectively.

4. Petitioner Joyce Lark is not a defendant in the criminal case, Case No. 00-6311-Cr-Huck.

5. The above-referenced indictment contains a seizure count (Count 43) as a result of which this Court issued a series of Seizure Warrants, copies of which are attached hereto, causing the seizure by the government of virtually all vehicles owned and utilized by Star's Choice, Inc.

6. The continued pre-forfeiture determination, possession of these vehicles by the government deprives both Joyce Lark and Larry Crenshaw of substantial income and the ability to make a living.

7. Section 853(e) of Title 21 United States Code vests the Court with the authority to fashion a protective order while permitting property which is the subject of a criminal forfeiture to remain with the property's owners until the determination of the criminal case and adjunct forfeiture proceedings.

8. Indeed, Petitioners are at a loss to understand how the government was able to meet its burden, *albeit ex parte*, that a protective order would not suffice, to enable the government to obtain the warrants of seizure.

9. Petitioners have no objection and indeed welcome the fashioning of a suitable protective order under 853(e) to secure the government's interest in the vehicles, but yet allow them to be income producing during the pendency of these proceedings.

10. Petitioners have no objection to the seized vehicles remaining in the custody

of the United States government during periods of time when they are not under contract for utilization by a movie or TV production company.

11. Petitioners are willing to provide proof of each vehicle's utilization by providing a copy of all contracts between movie or television production companies and Star's Choice, Inc.

12. Furthermore, Petitioners have volunteered to execute liens on all the vehicles in favor of the United States in the amount of each vehicles' current fair market value.

13. Moreover, Petitioners have offered to provide the government with proof of insurance against various losses for each of the vehicles.

14. Finally, Petitioners have offered to deposit with the government a reasonable sum of money to provide for otherwise unforeseen circumstances occasioning a loss in value of any vehicle not otherwise covered by insurance.

15. The government instead has insisted that Petitioners post a bond for the aggregate value of the vehicles. This is simply not economically feasible, as a bond estreature requires payment by the bonding company within forty-eight (48) hours thereof as a result of which the bonding company requires a one hundred percent (100%) liquid collateralization.

16. Apparently the movie industry is preparing for a strike in early summer of this year as a result of which the production companies are rushing to undertake and complete their projects now.

17. Indeed, Start's Choice has been offered a contract by New Line Productions, Inc. for a project which commences on Monday, April 2, 2001, but for which vehicles are

needed as early as Friday, March 23, 2001. Hence the emergency nature of this motion.

18. Petitioners have previously tried to work out an agreement with the government as set forth herein, but have been unable to do so.

WHEREFORE, for the foregoing reasons, Petitioners request that this Court enter an Order under such terms and conditions as it considers just to return the subject seized vehicles to Star's Choice, Inc. under the terms and conditions set forth herein.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail/facsimile this 21st day of March 2001 to Michael Dittoe, Esquire and William Beckerleg, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

Respectfully submitted,

PAUL D. LAZARUS, ESQUIRE
Attorney for Petitioners
800 Brickell Avenue, PH-2
Miami, Florida 33131-2944
Phone: 305-539-0606
Facsimile: 305-358-4010

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F4SEA72925**

**SEIZURE WARRANT**

CASE NUMBER: CO-3815-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F4SEA72925**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11-7_, 2000, at _3:49 PM_
Date and Time Issued

at Miami, Florida    11/7/00

Hon. _____
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35G0SEA79864**

### SEIZURE WARRANT

CASE NUMBER: 00-3818-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35G0SEA79864**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_Carrie Cala_
11/7/00

___11-7___, 2000, at ___3 46 p___
Date and Time Issued

at Miami, Florida

Hon. _____
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1992 UD TRUCK,**
**VIN: JNAU4R0J8NAM04106**

## SEIZURE WARRANT

CASE NUMBER: 00-3821-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1992 UD TRUCK,**
**VIN: JNAU4R0J8NAM04106**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11-7_, 2000, at _3:45 p.m._         at Miami, Florida
Date and Time Issued

Hon. _____ JUDGE
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1987 FORD CF6000 TRUCK,
VIN: 9BFPH60P2HDM01809**

**SEIZURE WARRANT**

CASE NUMBER: 00-3822-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1987 FORD CF6000 TRUCK,
VIN: 9BFPH60P2HDM01809**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11-7_, 2000, at 3:42 pm
Date and Time Issued

at Miami, Florida

Hon. _____
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1986 FORD CF6000 TRUCK,**
**VIN: 9BFPH60P9GDM00929**

## SEIZURE WARRANT

CASE NUMBER: 00-3823-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1986 FORD CF6000 TRUCK,**
**VIN: 9BFPH60P9GDM00929**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

11-7, 2000, at 3:40 pm
Date and Time Issued

Hon. _UNITED STATES MAGISTRATE JUDGE_
United States Magistrate Judge
Name and Title of Judicial Officer

at Miami, Florida

11/7/00

Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1988 FORD CF6000 TRUCK,**
**VIN: 9BFPH60P6JDM00085**

**SEIZURE WARRANT**

CASE NUMBER: 00-3825-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1988 FORD CF6000 TRUCK,**
**VIN: 9BFPH60P6JDM00085**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11-7-2000_, 2000, at _3:35 PM_
Date and Time Issued

_[signature] 11/7/00_
at Miami, Florida

Hon. _____
United States Magistrate Judge
Name and Title of Judicial Officer

_[signature]_
Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F9SEA74668**

### SEIZURE WARRANT

CASE NUMBER: 00-3814-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F9SEA74668**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11-7_, 2000, at _3:47 p.m._   at Miami, Florida
Date and Time Issued

Hon. _____ UNITED STATES MAGISTRATE JUDGE
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court
### SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F2SEA74737**

## SEIZURE WARRANT

CASE NUMBER: 00-3799-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F2SEA74737**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

_11/7/00_

_11-7_, 2000, at _3:50 PM_
Date and Time Issued

Hon. BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE
United States Magistrate Judge
Name and Title of Judicial Officer

at Miami, Florida

Signature of Judicial Officer

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Seizure of

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F6SEA74661**

**SEIZURE WARRANT**

CASE NUMBER: 00-3798-GARBER

TO: Any Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States:

Affidavit(s) having been made before me by Darrin Sachs, Special Agent, Federal Bureau of Investigation, who has reason to believe that in the Southern District of Florida there is now certain property which is subject to forfeiture to the United States, namely

**ONE 1995 FORD F350 TRUCK,**
**VIN: 1FTJW35F6SEA74661**

As I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described represents proceeds traceable to narcotics proceeds, and thus, is subject to forfeiture pursuant to 21 U.S.C. §853, and that the issuance of a protective order or restraining order would be insufficient to protect the property during the pendency of the criminal case, I find that grounds exist for the issuance of a warrant authorizing entry onto the property and the structure to effect the seizure.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, preparing a written inventory of the property seized, and promptly returning this warrant to any U.S. magistrate as required by law.

11-7, 2000, at 3:51 P.
Date and Time Issued

at Miami, Florida    11/7/00

Hon. _____
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer