UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK, et al.

    Defendants.
_____/

CASE NO. 00-6311-CR-HUCK
Magistrate Judge Garber

**ORDER OF REFERENCE**

Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, Larry Crenshaw, Joyce Lark, and Star's Choice, Inc., Emergency Petition for Temporary Return Of Seized Assets is hereby **REFERRED** to United States Magistrate Judge Barry L. Garber to take all necessary and proper action as required by law.

**DONE AND ORDERED**, in Miami, Florida, this 27th day of March, 2001.

                                              PAUL C. HUCK
                                          **UNITED STATES DISTRICT JUDGE**

cc: Hon. Barry L. Garber
     all counsel of record