UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 00-6311-CR-HUCK**
**Magistrate Judge Brown**

UNITED STATES OF AMERICA
        Plaintiff,

vs.

CLARENCE LARK, et al.,
        Defendant(s).
_____/

### NOTICE OF HEARING

**THIS MATTER** was before the Court upon the Emergency Petition for Temporary Return of Seized Assets filed by Larry Crenshaw, Joyce Lark and Star's Choice, Inc. on March 21, 2001. This Court being otherwise fully advised in the premises, it is hereby ordered and adjudged that a hearing shall take place upon the aforementioned petition on **Tuesday, April 3, 2001 at 10:00 A.M. at the United States District Court, 300 N.E. 1ˢᵗ Avenue, Miami, Florida, 1ˢᵗ Floor, Courtroom VIII.**

Thirty minutes have been reserved for this hearing.

No continuance of this hearing shall be permitted except upon good cause shown, in writing, except in the case of an emergency which shall be set forth in detail in the written motion.

**DONE AND ORDERED** this _28ᵗʰ_ day of March, 2001, at Miami, Florida.

STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Paul Lazarus, Esq.
    Michael Dittoe, AUSA
    William Beckerleg, AUSA