UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK
Magistrate Judge Brown

UNITED STATES OF AMERICA
    Plaintiff,

vs.

CLARENCE LARK, et al.,
    Defendant(s).
_____/

### ORDER CONTINUING HEARING

**THIS MATTER** was before the Court for hearing upon Larry Crenshaw, Joyce Lark and Star's Choice, Inc.'s Emergency Petition for Temporary Return of Seized Assets filed on March 21, 2001. Pursuant to proceedings held it is hereby ORDERED AND ADJUDGED that the hearing is continued to **Monday, April 9, 2001 at 10:00 A.M. at the United States District Court, 300 N.E. 1ˢᵗ Avenue, Miami, Florida, 1ˢᵗ Floor, Courtroom VIII.**

The Court has reserved thirty minutes for this hearing.

No continuance of this hearing shall be permitted except upon good cause shown, in writing, except in the case of an emergency which shall be set forth in detail in the written motion.

**DONE AND ORDERED** this ___ day of April, 2001, at Miami, Florida.

                                      STEPHEN T. BROWN
                                      U. S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Paul Lazarus, Esq.
    Don Bierman, Esq.
    William Beckerleg, AUSA
    Michael Dittoe, AUSA