**CRIMINAL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM-VIII    DATE: 4/9/01    TIME: 10:00 AM

**MAGISTRATE JUDGE STEPHEN T. BROWN**    END: 10:20 Am

Case No. 00-6311-CR-HUCK    Date 4/9/01
CLERK: NANCY J. FLOOD    Tape No. 01D-29-834
ECR Clerk/Court Reporter N/A

USPO N/A    Interpreter N/A
**UNITED STATES OF AMERICA** LARRY CRENSHAW (B)
AUSA Michael Ditto    Defense Counsel Paul Lazarus Esq.

Defendant(s): Present ✓  Not Present ___  In Custody ___
Reason for Hearing: EMERG. PETN/RET/SEIZED ASSETS Stan's C

Result of Hearing: Deft' oral m/ cont. hrg to 4/12/01 at 10:00 Am before Judge Brown is hereby granted.

Case Continued to: _____ Time _____ For _____
order to follow from chambers per
Misc.: Judge Brown.

FILED BY
01 APR -9 PM 1:34
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. MIAMI

