00-6311.not

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK, et al.,

    Defendants.
_____/



## ORDER CONTINUING HEARING

**This Matter** was before the Court for hearing upon Defendant, Larry Crenshaw, Joyce Lark and Star's Choice, Inc.'s Emergency Petition for Temporary Return of Seized Assets filed on March 21, 2001. Pursuant to proceedings held on April 9, 2001, it is hereby **ORDERED AND ADJUDGED** that the hearing is continued to **Thursday, April 12, 2001 at 9:30 A.M. at the United States District Courthouse, 300 N.E. 1st Avenue, Miami, Florida, 1st Floor, Courtroom VIII.**

This Court has reserved thirty (30) minutes for this hearing.

No continuance of this hearing shall be permited except upon good cause shown, in writing, except in the case of an emergency which shall be set forth in detail in the written motion.

**DONE AND ORDERED** this ___ day of April, 2001 at Miami, Florida.

                                               STEPHEN T. BROWN
                                               U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Michael Dittoe, Esq. (AUSA)
        William Beckerleg, Esq. (AUSA)
        Paul D. Lazurus, Esq.
        Donald I. Bierman, Esq.