FILED by \_\_V\_\_ D.C.

MAY 0 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DAY #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding    Date 05 / 07/ 01

Cont'd from \_\_\_/\_\_\_/\_\_\_

Defendant  1. CLARENCE LARK         5. RICARDO MCHORNE

2. LARRY CRENSHAW        6. _____

3. CURTIS NEWTON         7. _____

4. LAWRENCE SEYMORE      8. _____

Defense Counsel Donald Bierman, (&)     AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held\_\_ Non-appearance of Deft/Bench Warrant issued\_

Begin Fugitive Interval\_\_    Oral Motion_____

by_____

Oral Order  Grant\_\_  Deny\_\_  Adv.\_\_

TRIAL:    JURY XXX    BENCH\_\_\_\_

BENCH TRIAL BEGINS \_\_ BENCH TRIAL HELD \_\_ CONTINUED TO \_\_/\_\_/\_\_

VOIR DIRE BEGINS XX  JURY SELECTION CONTD.\_\_  JURY IMPANELED XX

JURY TRIAL BEGINS XX  JURY TRIAL HELD\_\_\_  CONTINUED TO 05/08/01

MISTRIAL DECLARED \_\_\_    NEW TRIAL ORDERED \_\_\_    TRIAL ENDS \_\_

DISMISSED COUNTS_____

\_\_ COURT MOT  \_\_ GOVT. MOT  \_\_ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____