DAY #3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

FILED by _____ D.C.
DKTG
MAY 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding  Date 5/9/01

Cont'd from 5/8/01

Defendant 1. CLARENCE LARK          5. RICARDO MCHORNE
          2. LARRY CRENSHAW         6. _____
          3. CURTIS NEWTON          7. _____
          4. LAWRENCE SEYMORE       8. _____

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/10/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT __ GOVT. MOT __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____ SCANNED