

FILED by \_\_ D.C.
MAY 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DAY #5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

### COURTROOM MINUTES

HONORABLE **PAUL C. HUCK**, Presiding   Date 5/11/01

Cont'd from 5/10/01

Defendant 1. **CLARENCE LARK**         5. **RICARDO MCHORNE**

2. **LARRY CRENSHAW**       6. _____

3. **CURTIS NEWTON**        7. _____

4. **LAWRENCE SEYMORE**     8. _____

Defense Counsel **Donald Bierman, (&)**   AUSA **Michael Dittoe (&)**

**Paul Lazarus, Bruce Lehr, Guy Spiegleman,**   **Terry Thompson**

**William Cone**

Deputy Clerk **VALERIE THOMPKINS**   Reporter **LARRY HERR**

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY **XXX**   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD **XX** CONTINUED TO **5/14/01**

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

275