DAY #6

FILED by V.T. D.C.
MAY 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE **PAUL C. HUCK**, Presiding    Date **5/14/01**

Cont'd from **5/11/01**

Defendant 1. **CLARENCE LARK**          5. **RICARDO MCHORNE**
2. **LARRY CRENSHAW**          6. _____
3. **CURTIS NEWTON**          7. _____
4. **LAWRENCE SEYMORE**          8. _____

Defense Counsel **Donald Bierman, (&)**    AUSA **Michael Dittoe (&)**

**Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson**

**William Cone**

Deputy Clerk **VALERIE THOMPKINS**    Reporter **LARRY HERR**

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL:    JURY **XXX**    BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____ JURY TRIAL HELD **XX** CONTINUED TO **5/15/01**

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____