DAM
#8

FILED
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/16/01

Cont'd from 5/15/01

| Defendant | 1. CLARENCE LARK | 5. RICARDO MCHORNE |
| | 2. LARRY CRENSHAW | 6. |
| | 3. CURTIS NEWTON | 7. |
| | 4. LAWRENCE SEYMORE | 8. |

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/_/_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/17/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by VT D.C.
MAY 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### HONORABLE
### PAUL C. HUCK

=====================================================================

CASE NO. 01-955-CR                          DATE  5-16-2001

CLERK  Valerie Thompkins            REPORTER LARRY HERR

USPO                                INTERPRETER

    UNITED STATES OF AMERICA  vs. JUANA RODRIGUEZ, ELIO DIAZ,

RAUL MARTIN-ACOSTA, RAUL SOTO

AUSA DARRIN GAYLES                  DEFENSE CSL. JESUS BUJAN,

ABE BAILEY, GUSTAVO GARCIA-MONTES, GREG PREBISH

Defendant(s) Present_____ Not Present XXX In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING Change of Plea Set for "Defendants" Juana Rodriguez (+) Elio Diaz for 5-17-01 @ 3pm

As to defendant's Raul Martin-Acosta (+) Raul Soto Defense motion to Continue is hereby Denied Court set both defendants for Trial the 2nd wk beginning 5-30-01

=====================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions _____        Trial Date _____

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____