FILED by __ D.C.
MAY 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/17/01

Cont'd from 5/16/01

Defendant 1. CLARENCE LARK            5. RICARDO MCHORNE
           2. LARRY CRENSHAW          6. __
           3. CURTIS NEWTON           7. __
           4. LAWRENCE SEYMORE        8. __

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order   Grant __   Deny __   Adv. __

TRIAL:   JURY XXX   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____ JURY TRIAL HELD XX CONTINUED TO 5/18/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____