

FILED by \_\_\_ D.C.
MAY 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

### COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/18/01

Cont'd from 5/17/01

| Defendant | 1. CLARENCE LARK | 5. RICARDO MCHORNE |
|---|---|---|
| | 2. LARRY CRENSHAW | 6. |
| | 3. CURTIS NEWTON | 7. |
| | 4. LAWRENCE SEYMORE | 8. |

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD XX   CONTINUED TO 5/21/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___   C 8:30

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

#10