UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, et al.

    Defendants
_____/

## SUPPLEMENTAL BRADY DISCLOSURE

Comes now the Unites States, and hereby files its further supplemental disclosure under <u>Brady v. Maryland</u> and its progeny.

The witness Willie Jackson testified that he was informed by the defendant Clarence Lark that the former Crowley manger Joe Shea informed him of the existence of a investigation into narcotics distribution at Port Everglades. Mr. Shea has denied

that he disclosed the existence of the investigation.

```
                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY


                          BY: /s/ Michael J. Dittoe
                              MICHAEL J. DITTOE
                              Assistant United States Attorney
                              Court ID #A5500209
                              500 E. Broward Blvd., Ste. 700
                              Ft. Lauderdale, FL 33394-3002
                              Tel: (954) 356-7392
                              Fax: (954) 356-7230

                          BY: /s/ Terrence Thompson
                              TERRENCE THOMPSON
                              Assistant United States Attorney
                              Court ID # A5500063
                              500 E. Broward Blvd., Ste. 700
                              Ft. Lauderdale, FL 33394-3002
                              Tel: (954) 356-7392
                              Fax: (954) 356-7230
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 18h day of May, 2001 to the below listed counsel:

| | |
|---|---|
| Donald I. Bierman, Esq | Paul D. Lazarus, Esq. |
| Bierman, Shohat, Loewy & Klein, P.A. | 800 Brickell Ave., PH-2 |
| 800 Brickell Avenue, PH-2 | Miami, FL 33131 |
| Miami, FL 33131 | |
| | |
| (305) 358-7000 | (305) 539-0606 |
| Attorney for Lark | Attorney for Crenshaw |
| | |
| Guy Speigelman, Esq. | Bruce H. Lehr, Esq. |

2

28 W. Flagler St., Ste. 400  
Miami, FL 33131

(305) 373-6634  
Attorney for McHorne

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301

(954) 764-0570  
Attorney for Newton

1401 Brickell Ave., Ste. 810  
Miami, FL 33131

(305) 377-1777  
Attorney for Seymore

_____  
MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY

_____  
TERRENCE THOMPSON  
ASSISTANT UNITED STATES ATTORNEY

3