*FILED by V.T. D.C.*
*MAY 23 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. MIAMI*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #13

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK , Presiding   Date 5/23/01

Cont'd from 5/22/01

| Defendant | | |
|---|---|---|
| 1. CLARENCE LARK | 5. | RICARDO MCHORNE |
| 2. LARRY CRENSHAW | 6. | |
| 3. CURTIS NEWTON | 7. | |
| 4. LAWRENCE SEYMORE | 8. | |

Defense Counsel Donald Bierman, (&)     AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,     Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS     Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/24/01

MISTRIAL DECLARED ____  NEW TRIAL ORDERED ____ TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____