D#4
#14



FILED by __DC__ D.C.
MAY 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 05/24/01

Cont'd from 05/23/01

Defendant  1. CLARENCE LARK         5. RICARDO MCHORNE
           2. LARRY CRENSHAW        6. _____
           3. CURTIS NEWTON         7. _____
           4. LAWRENCE SEYMORE      8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk DEBORAH CHRISTIAN   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

_____

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/_/_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/25/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____