

**FILED by** ___ **D.C.**

**MAY 25 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

$\frac{\mathcal{D}u_{4}}{\#15}$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK _____, Presiding   Date 05/25/01

Cont'd from 05/24/01

Defendant 1. CLARENCE LARK _____    5. RICARDO MCHORNE _____

2. LARRY CRENSHAW _____    6. _____

3. CURTIS NEWTON _____    7. _____

4. LAWRENCE SEYMORE _____    8. _____

Defense Counsel Donald Bierman, (&) _____    AUSA Michael Dittoe (&) _____

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson _____

William Cone

Deputy Clerk DEBORAH Christian    Reporter LARRY HERR _____

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__    Oral Motion _____

by _____

Oral Order   Grant__    Deny__    Adv.__

_____

TRIAL:   JURY XXX   BENCH _____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD XX CONTINUED TO 05/29/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___  AT _____          NOTICE SERVED __

                              JURORS


1._____     5._____     9._____

2._____     6._____     10._____

3._____     7._____     11._____

4._____     8._____     12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____


                MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

_____

_____

_____

_____

_____

_____

_____

_____

_____