DH? #16

FILED by **JHC** D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE # 00-6311-CR

<u>COURTROOM MINUTES</u>

HONORABLE PAUL C. HUCK, Presiding   Date 05/29/01

Cont'd from 05/25/01

| Defendant | | |
|---|---|---|
| 1. CLARENCE LARK | 5. | RICARDO MCHORNE |
| 2. LARRY CRENSHAW | 6. | |
| 3. CURTIS NEWTON | 7. | |
| 4. LAWRENCE SEYMORE | 8. | |

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk DEBORAH Christian   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by _____

Oral Order   Grant__   Deny__   Adv.__

---

TRIAL:   JURY **XXX**   BENCH____

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD **XX**   CONTINUED TO 05/30/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

297

```
JUDGMENT/VERDICT OF NOT GUILTY   Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY   Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___ AT _____        NOTICE SERVED __
```

JURORS

```
1._____      5._____      9._____

2._____      6._____     10._____

3._____      7._____     11._____

4._____      8._____     12._____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____
```

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

Jury Deliberation will began 5-30-01