UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/30/01

Cont'd from 5/29/01

Defendant 1. CLARENCE LARK        5. RICARDO MCHORNE
           2. LARRY CRENSHAW      6. ___
           3. CURTIS NEWTON       7. ___
           4. LAWRENCE SEYMORE    8. ___

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO __/__/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT __ GOVT. MOT __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/(VERDICT OF NOT GUILTY) Cts # All Counts, All Defendant's

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY Cts # _____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ AT _____    NOTICE SERVED __

JURORS

1._____    5._____    9._____

2._____    6._____    10._____

3._____    7._____    11._____

4._____    8._____    12._____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

_____
_____
_____
_____
_____
_____
_____
_____
_____