UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LARRY CRENSHAW,

      Defendant.

_____/

FILED by ___ D.C.
MAY 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 1 and 4, and counts 14 thru 16, Judgment of Acquittal is entered herein as to the Defendant, LARRY CRENSHAW, on Counts 1 and 4 and Counts 14 thru 16 of the Indictment. It is further

ORDERED AND ADJUDGED that the Court entered a Judgment of Acquittal as to the Defendant Larry Crenshaw on the Forfeiture count in the Indictment. It is further

ORDERED AND ADJUDGED that the Court entered a Judgment of Acquittal as to the Defendant Larry Crenshaw as to counts 2 and 3 of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified.

DONE AND ORDERED at Miami, Florida, this 31st day of May 2001

						_____
						PAUL C. HUCK
						UNITED STATES DISTRICT JUDGE
						SOUTHERN DISTRICT OF FLORIDA

cc:all counsel of record
	U. S. Marshal Service
	U. S. Probation Office
	U. S. Pretrial Services